# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**UNITED STATES OF AMERICA**                   **PLAINTIFF**

v.                   No. 2:20-cr-21-DPM

**DEVETRICK JOHNSON**                   **DEFENDANT**

## ORDER

Motion, *Doc. 4*, granted. The Information against Devetrick Johnson is dismissed without prejudice.

So Ordered.

*_____*
D.P. Marshall Jr.
United States District Judge

29 September 2020